FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0445

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0445

_____

CHERYL HOLDEN RICE,

     Plaintiff and Appellant,

  v.                          O R D E R

JOHN KEELEY and JOAN KEELEY,

     Defendants and Appellees.

_____

Appellant Cheryl Holden Rice has filed a motion for a 10-day extension of time within which to file her opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's opening brief shall be filed on or before October 19, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020